<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | McClatchie Property Management, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FKA McClatchie Property Management Corp.<br>FKA McClatchie Tree and Lawn Care |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-1300292 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5027 Niles Road<br>Richmond, VA 23234<br><small>Number, Street, City, State & ZIP Code</small> | <small>P.O. Box, Number, Street, City, State & ZIP Code</small> |
| Chesterfield<br><small>County</small> | **Location of principal assets, if different from principal place of business** |
| | <small>Number, Street, City, State & ZIP Code</small> |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | McClatchie Property Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5617___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District_____ | When_____ | Case number_____ |
| | District_____ | When_____ | Case number_____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District_____ | When_____ | Case number, if known_____ | |

| Official Form 201 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | page 2 |
|---|---|---|

| Debtor | McClatchie Property Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | McClatchie Property Management, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 22, 2025
MM / DD / YYYY

**X** /s/  Kevin McClatchie                      Kevin McClatchie
Signature of authorized representative of debtor       Printed name

Title    Sole Member

**18. Signature of attorney**

**X** /s/ Lynn L. Tavenner                   Date    January 22, 2025
Signature of attorney for debtor                        MM / DD / YYYY

Lynn L. Tavenner 30083
Printed name

Tavenner & Beran, PLC
Firm name

20 N 8th Street, 2nd Floor
Richmond, VA 23219
Number, Street, City, State & ZIP Code

Contact phone    (804) 783-8300    Email address    ltavenner@tb-lawfirm.com

30083 VA
Bar number and State

**McClatchie Property Management, LLC**
a Virginia limited liability company (the "**Company**")

**Consent of All Membership Interests**

January 22, 2025

Kevin McClatchie, being the sole holder of all issued and outstanding membership interests of the Company, and the President/Chief Executive Officer/Managing Member thereof, hereby approves of the following actions by written consent:

RESOLVED, that the Company shall be, and hereby is, authorized to: (a) file a voluntary petition (the "Petition") for relief under chapter 11 Subchapter V of the United States Bankruptcy Code, (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "Bankruptcy Court"); (b) if, prior to filing the Petition, circumstances arise making it necessary or convenient, consent to the entry of an order for relief and convert an involuntary commenced chapter 7 case to a case under chapter 11 of the Bankruptcy Code; and/or (c) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing:

FURTHER RESOLVED, that Kevin McClatchie, (the "Designated Officer') acting alone, is hereby authorized, directed and empowered on behalf of and in the name of the Company to: (a) verify and execute, the Petition, verify and execute any ancillary documents thereto to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications as such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer) (b) execute, verify and file or cause to be filed all responses, schedules, lists, motions, applications and other papers or documents (including debtor-in-possession loan documents) necessary or desirable in connection with the foregoing; and/or (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms such Designated Officer may approve.

FURTHER RESOLVED, that the Designated Officer of the Company, acting alone, is hereby authorized, directed and empowered to retain on behalf of the Company: (a) Tavenner & Beran, PLC and (b) such additional professionals including, without limitation, other attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such officer's judgment may be necessary in connection with the Petition, the Company's Chapter 11 case and other related matters, on such terms as the Designated Officer shall approve;

FURTHER RESOLVED, that the law firm, Tavenner & Beran, PLC, and any additional special counsel selected by the Designated Officer, if any, shall be, and hereby are, authorized, empowered, and directed to represent the Company, as debtor and debtor-in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

1

FURTHER RESOLVED, that the Company, as debtor and debtor-in-possession under chapter 11 Subchapter V of the Bankruptcy Code, shall be, and hereby is authorized to open bank accounts and to borrow funds and undertake related financing transactions (collectively, the "Financing Transactions") from such lenders and on such terms as may be approved the Designated Officer, as reasonably necessary for the continuing conduct of the affairs of the Company, and grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by the Designated Officer of the Company in connection with such borrowings;

FURTHER RESOLVED, (a) that the Designated Officer, acting alone, hereby is, authorized, directed and empowered in the name of and on behalf of the Company, as debtor and debtor-in-possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officer may deem necessary or appropriate to facilitate the Financing Transactions (collectively, "Financing Documents"); (b) that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Designated Officer are approved; and/or (c) that the actions of the Designated Officer taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such Designated Officer and by the Company;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer or his designee shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Designated Officer in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

This consent was executed and delivered by Kevin McClatchie, being the President, Chief Executive Officer, Managing Member and sole holder of all of the issued and outstanding membership interests of the Company on the date set forth below.

January 22, 2025                    **McClatchie Property Management, LLC**

                                    By: _/s/ Kevin McClatchie_____
                                    Kevin McClatchie
                                     President, Chief Executive Officer, Sole and Managing
                                     Member

2

**Fill in this information to identify the case:**

Debtor name    McClatchie Property Management, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 22, 2025    **X** /s/   Kevin McClatchie
                                 Signature of individual signing on behalf of debtor

                                   Kevin McClatchie
                                   Printed name

                                   Sole Member
                                   Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | McClatchie Property Management, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ascentium Capital, LLC 23970 Highway 59 N Kingwood, TX 77339 | | Mobark Chipper(2022) and 70 HP Isuzu Diesel Engine | Contingent | $58,683.00 | $48,000.00 | $10,683.00 |
| AT&T Mobility P.O. Box 6463 Carol Stream, IL 60197 | | | | | | $557.56 |
| Chesterfield County PO Box 70 Chesterfield, VA 23832 | | Chevrolet Express Van (2006), VIN 1GCHG35U561141 094 | | $6,745.70 | $1,500.00 | $5,245.70 |
| Chesterfield County P.O. Box 70 Chesterfield, VA 23832 | | Business Property Account | | | | $25.80 |
| Financial Pacific Leasing, Inc 3455 South 344th Way, Suite 300 Federal Way, WA 98063 | | Ford F550 Dump TRK (2016), VIN 1FD0W5HT9GEA2 3912 | | $59,022.00 | $25,000.00 | $34,022.00 |
| John Deere P.O. Box 5328 Madison, WI 53705 | | Business Loan | Disputed | | | $3,000.00 |

| Debtor | McClatchie Property Management, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| OnDeck 4700 West Daybreak Pkwy Suite 200 South Jordan, UT 84009 | paymentsupport@on deck.com | Accounts Receivables Desk, Laptop, Shredder, Printer John Deere Lawn Mower, Quick Track (2022)(purchased with personal funds). Carry-on Trailer, 6X10WHS-LEO, 2018 Miscellaneous Business Equipment: Floor scrubbers, Buffers, Mops, Buckets, etc. Business cellphones and tablets | Contingent | $33,652.00 | $26,538.50 | $7,113.50 |
| Pawnee 3801 Automation Way, Suite 207 Fort Collins, CO 80525 | | Property repossessed. | Disputed | $32,000.00 | $0.00 | $32,000.00 |
| Sheffield Financial P.O. Box 50229 Charlotte, NC 28258 | | Stinger Aerator | | $9,993.00 | $9,000.00 | $993.00 |
| US Small Business Administration 409 3rd Street SW Washington, DC 20416 | | Business Loan | | | | $169,230.00 |
| Wells Fargo Bank, N.A. P.O. Box 6995 Portland, OR 97228 | | Business Credit Card | | | | $6,568.00 |

**Fill in this information to identify the case:**

Debtor name __McClatchie Property Management, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $ _____ 1.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $ _____ 118,905.50

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $ _____ 118,906.50

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 206,793.70

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ 179,382.36

4.   **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                                                                                    $ _____ 386,176.06

**Fill in this information to identify the case:**

Debtor name    McClatchie Property Management, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Blue Ridge Bank | Checking | 5485 | $178.00 |
| 3.2. | Blue Ridge Bank | Checking | 5494 | $74.00 |
| 3.3. | Chase Bank | Checking | 5111 | $115.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      $367.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | McClatchie Property Management, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**11.** **Accounts receivable**

11a. 90 days old or less: ___22,287.50___  -  ___0.00___  = ....  ___$22,287.50___
        face amount             doubtful or uncollectible accounts

        Accounts Receivables

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

       ___$22,287.50___

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Desk, Laptop, Shredder, Printer | $0.00 | Estimate | $750.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

       ___$750.00___

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | McClatchie Property Management, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. Toyota Land Cruiser Sport Utility (1997),<br>VIN JT3HJ85J2V0153796 | $0.0 | Estimate | $1,500.00 |
| 47.2. Chevrolet Express Van (2006), VIN<br>1GCHG35U561141094 | $0.00 | Estimate | $1,500.00 |
| 47.3. GMC 2500 Sierra (2008), VIN<br>1GTHK23638F112535 | $0.00 | Estimate | $7,000.00 |
| 47.4. Ford F550 Dump TRK (2016), VIN<br>1FD0W5HT9GEA23912 | $0.00 | Estimate | $25,000.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | |
| Mobark Chipper(2022) and 70 HP Isuzu Diesel<br>Engine | $0.00 | Estimate | $48,000.00 |
| John Deere Lawn Mower, Quick Track (2022)<br>(purchased with personal funds). | $0.00 | Estimate | $1.00 |
| Stinger Aerator | $0.00 | Estimate | $9,000.00 |
| Carry-on Trailer, 6X10WHS-LEO, 2018 | $0.00 | Estimate | $1,000.00 |
| Miscellaneous Business Equipment: Floor<br>scrubbers, Buffers, Mops, Buckets, etc. | $0.00 | Estimate | $1,000.00 |
| Business cellphones and tablets | $0.00 | Estimate | $1,500.00 |

**51.   Total of Part 8.**
Add lines 47 through 50.   Copy the total to line 87.

| | $95,501.00 |
|---|---|

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | McClatchie Property Management, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Lease of McClatchie residence<br>5027 Niles Road<br>Richmond, VA 23234 | use of personal residence as office | $0.00 | Estimate | $1.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | $1.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| Debtor | McClatchie Property Management, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | amounts due and owing from affiliate McClatchie Tree, LLC | $0.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $0.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | McClatchie Property Management, LLC | Case number *(If known)* |
|--------|--------------------------------------|--------------------------|
|        | Name                                 |                          |

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $367.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $22,287.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $95,501.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................> | | $1.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $118,905.50 | + 91b.  $1.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $118,906.50 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   McClatchie Property Management, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Ascentium Capital, LLC<br>Creditor's Name<br><br>23970 Highway 59 N<br>Kingwood, TX 77339<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** 2403<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Mobark Chipper(2022) and 70 HP Isuzu Diesel Engine<br><br>**Describe the lien**<br>UCC<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58,683.00 | $48,000.00 |
| **2.2** C T Corporation System, representative<br>Creditor's Name<br>Attn: SPRS<br>330 N Brand Blvd, Suite 700<br>Glendale, CA 91203<br>Creditor's mailing address<br><br>uccfilingreturn@wolterskluwer.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Inquiry made to CT Corp.<br><br>**Describe the lien**<br>UCC<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |

| Debtor | McClatchie Property Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | **Chesterfield County**
Creditor's Name

PO Box 70
Chesterfield, VA 23832
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
7596

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $6,745.70          $1,500.00
Chevrolet Express Van (2006), VIN
1GCHG35U561141094

**Describe the lien**
Vehicular Taxes
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **Financial Pacific Leasing, Inc**
Creditor's Name

3455 South 344th Way, Suite 300
Federal Way, WA 98063
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $6,698.00          $7,000.00
GMC 2500 Sierra (2008), VIN
1GTHK23638F112535

**Describe the lien**
Lien noted on title
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** | **Financial Pacific Leasing, Inc**
Creditor's Name

3455 South 344th Way, Suite 300
Federal Way, WA 98063
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**          $59,022.00          $25,000.00
Ford F550 Dump TRK (2016), VIN
1FD0W5HT9GEA23912

**Describe the lien**
Lien noted on title
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

| Debtor | McClatchie Property Management, LLC | | Case number (if known) | |
| | Name | | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | OnDeck | **Describe debtor's property that is subject to a lien** | $33,652.00 | $26,538.50 |

Creditor's Name
4700 West Daybreak Pkwy Suite 200
South Jordan, UT 84009

Purported blanket lien

Creditor's mailing address

paymentsupport@ondeck.com

**Describe the lien**
UCC

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
7749

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Pawnee | **Describe debtor's property that is subject to a lien** | $32,000.00 | $0.00 |

Creditor's Name
3801 Automation Way, Suite 207
Fort Collins, CO 80525

Property repossessed.

Creditor's mailing address

**Describe the lien**
UCC

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.8 | Sheffield Financial | **Describe debtor's property that is subject to a lien** | $9,993.00 | $9,000.00 |

Creditor's Name

Stinger Aerator

P.O. Box 50229
Charlotte, NC 28258

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

| Debtor | McClatchie Property Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $206,793.70

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Financial Pacific Leasing, Inc<br>3455 South 344th Way, Suite 300<br>Federal Way, WA 98063 | Line  2.4 | 207F |
| National Funding<br>4380 La Jolla Village Drive<br>San Diego, CA 92122 | Line  2.1 | 2403 |
| OnDeck<br>paymentsupport@e.ondeck.com | Line  2.6 | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___McClatchie Property Management, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Commonwealth of Virginia<br>1957 Westmoreland Street<br>Richmond, VA 23230 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred<br>Notice Only | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred<br>Notice Only | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197<br>Date(s) debt was incurred  1/3/2025<br>Last 4 digits of account number  6254 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset? ☒ No ☐ Yes | $557.56 |

| Debtor | McClatchie Property Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.80**

Chesterfield County
P.O. Box 70
Chesterfield, VA 23832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7596

Basis for the claim:  Business Property Account

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Hiscox Insurance Company, Inc.
Corporation Service Company
100 Shockoe Slip Fl 2
Richmond, VA 23219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  general liability insurance

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,000.00**

John Deere
P.O. Box 5328
Madison, WI 53705

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Loan

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

Kevin and Nilca McClatchie
5027 Niles Road

Richmond, VA 23234

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Lease of Property

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

National Funding
4380 La Jolla Village Drive
San Diego, CA 92122

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Progressive
6300 Wilson Mills Rd
Cleveland, OH 44143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Auto insurance

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Travelers Insurance Company
C T Corporation System
1133 Broadway
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Worker's compensation insurance

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$169,230.00**

US Small Business Administration
409 3rd Street SW
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Loan

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | McClatchie Property Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,568.00 |
|---|---|---|---|

Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Credit Card

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

WEX Bank
P.O. Box 4337
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2024

**Basis for the claim:** _

**Last 4 digits of account number** 3678

Is the claim subject to offset? ☒ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Hiscox Insurance Company, Inc.<br>30 N La Salle St Ste 1760<br>Chicago, IL 60602 | Line 3.3<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 179,382.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 179,382.36 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | McClatchie Property Management, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | General liability insurance | |
| | State the term remaining | | Hiscox Insurance Company, Inc. Corporation Service Company 100 Shockoe Slip Fl 2 Richmond, VA 23219 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | (Unwritten) Lease of office space to McClatchie Property Management LLC and McClatchie Tree LLC | |
| | State the term remaining | | Kevin and Nilca McClatchie 5027 Niles Road |
| | List the contract number of any government contract | | Richmond, VA 23234 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | (unwritten) Lease of landscaping equipment | |
| | State the term remaining | | McClatchie Tree, LLC 5207 Niles Road Richmond, VA 23234 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Auto insurance | |
| | State the term remaining | | Progressive 6300 Wilson Mills Rd Cleveland, OH 44143 |
| | List the contract number of any government contract | | |

01/22/25 10:40 AM

Debtor 1   McClatchie Property Management, LLC _____          Case number (*if known*) _____
           First Name          Middle Name          Last Name

| | |
|---|---|
| <span style="background:#3d0033;color:#3d0033">███</span> | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.5.    State what the contract or        Worker's comp insurance
        lease is for and the nature of
        the debtor's interest

        State the term remaining

        List the contract number of any                                    Travelers Insurance Company
        government contract          _____          C T Corporation System
                                                                  1133 Broadway
                                                                  New York, NY 10010

**Fill in this information to identify the case:**

Debtor name ___McClatchie Property Management, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Kevin McClatchie | 5027 Niles Road<br><br>Richmond, VA 23234 | OnDeck | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Kevin McClatchie | 5027 Niles Road<br><br>Richmond, VA 23234 | Ascentium Capital, LLC | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Kevin McClatchie | 5027 Niles Road<br><br>Richmond, VA 23234 | Sheffield Financial | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Kevin McClatchie | 5027 Niles Road<br><br>Richmond, VA 23234 | Financial Pacific Leasing, Inc | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Kevin McClatchie | 5027 Niles Road<br><br>Richmond, VA 23234 | Financial Pacific Leasing, Inc | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    McClatchie Property Management, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $429,767.00 |
   | For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $393,199.00 |
   | For the fiscal year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $676,906.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | McClatchie Property Management, LLC | Case number (if known) | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Frederick McClatchie<br><br>Family member (Deceased) | various | $20,901.00 | 1099 contractor. payments made towards mortgage and utilities in 2024. |
| 4.2. | McClatchie Tree, LLC<br><br>Affiliate | Various | $73,237.19 | see SOFA exhibit 4.2 |
| 4.3. | Kevin McClatchie (and Spouse)<br><br>Owner | Various | $65,510.00 | see SOFA exhibit 4.3 |
| 4.4. | Brandon McClatchie<br><br>Family member | 2024 | $7,718.00 | 1099 Contractor |
| 4.5. | Kashif Sampson<br><br>Family member | 2024 | $22,599.00 | 1099 Contractor |
| 4.6. | Wayne McClatchie<br><br>Family member | 2024 | $19,773.70 | Compensation paid on behalf of affiliate McClatchie Tree, LLC |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Pawnee Financial<br>3801 Automation Way, Suite 207<br>Fort Collins, CO 80525 | Bwise Trailer | 10/14/2024 | $15,000.00 |
| Pawnee Financial<br>3801 Automation Way, Suite 207<br>Fort Collins, CO 80525 | Covered Wagon Trailer (2022); Miscellaneous tool items | 12/2024 | $2,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | McClatchie Property Management, LLC | | Case number *(if known)* | |

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Tavenner & Beran, PLC<br>20 N 8th St<br>Richmond, VA 23219 | | 01/21/2025,<br>filing fees | $1,738.00 |
| | **Email or website address**<br>ltavenner@tb-lawfirm.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Debtor | McClatchie Property Management, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Junk Yard | GMC Safari, 2002 (not running)VIN 1GTDM19X92B513069 | 12/3/2024 | $350.00 |
| | **Relationship to debtor** | | | |
| 13.2. | Junk Yard | Chevy Express Van, 2003 (not running)VIN 1GCEG15X831198399 | 12/3/2024 | $350.00 |
| | **Relationship to debtor** | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Name, addresses, email addresses, phone number

Does the debtor have a privacy policy about that information?
☒ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | McClatchie Property Management, LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo | XXXX-4422 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/2023 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

Debtor    McClatchie Property Management, LLC
Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Nilca McClatchie 5027 Niles Road  Richmond, VA 23234 | 2017-present |
| 26a.2. | Cynthia T. Loving 1806 Knollwood Dr Richmond, VA 23235 | 2017-present |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Nilca McClatchie 5027 Niles Road  Richmond, VA 23234 | 2017-present |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | Cynthia T. Loving 1806 Knollwood Dr Richmond, VA 23235 | 2017-Present |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | McClatchie Property Management, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Nilca McClatchie<br>5027 Niles Road<br><br>Richmond, VA 23234 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin McClatchie | 5027 Niles Road<br><br>Richmond, VA 23234 | Owner | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Kevin McClatchie<br>5027 Niles Road<br><br>Richmond, VA 23234 | | | See answer to SOFA 4 |
| **Relationship to debtor**<br>Owner | | | |

Debtor    McClatchie Property Management, LLC _____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Frederick McClatchie | | | See answer to SOFA 4 |
| | **Relationship to debtor** relative (deceased) | | | |
| 30.3. | McClatchie Tree, LLC | | | See answer to SOFA 4 |
| | **Relationship to debtor** affiliate | | | |
| 30.4. | Brandon McClatchie | | | See answer to SOFA 4 |
| | **Relationship to debtor** relative | | | |
| 30.5. | Kashif Sampson | | | See answer to SOFA 4 |
| | **Relationship to debtor** relative | | | |
| 30.6. | Wayne McClatchie | | | See answer to SOFA 4 |
| | **Relationship to debtor** relative | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | McClatchie Property Management, LLC | Case number _(if known)_ | |
|---|---|---|---|

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     January 22, 2025

| /s/   Kevin McClatchie | Kevin McClatchie |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor     Sole Member

**Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?**
☒ No    Except for SOFA 4 Exhibits
☐ Yes

Exhibit SOFA 4.2

**McClatchie Property Management Corporation**
**Transaction Report**
January-December, 2024

| Date | Transaction type | Num | Name | Memo/Description | Account full name | Account | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | Expense | | | ORIG CO NAME:MORTGAGE SERV CT ORIG ID:XXXXXX5996 DESC DATE:010224 CO ENTRY DESCR:MTG PAYMT SEC:WEB TRACE#:XXXXXXX1217565 EED:240102 IND ID:XXXXXX6304 IND NAME: KEVIN MCCLATCHIE ACH DEBIT MTG PYMT TRN: XXXXXX7565 TC | Due To/From MTLC | Chase 5111 | 228.74 |
| 01/02/2024 | Expense | | | ORIG CO NAME:NSM DBA#R.COOPER ORIG ID:XXXXXX2701 DESC DATE:231230 CO ENTRY DESCR:NSM DBA#R SEC:WEB TRACE#:XXXXXX0254310 EED:240102 IND ID:5433544 IND NAME:WAY NE *MCCLATCHIE XXX-XXX-2432 TRN: XXXXXX4310 TC | Due To/From MTLC | Chase 5111 | 1,199.50 |
| 01/03/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX7904 | Due To/From MTLC | Chase 5111 | -2,000.00 |
| 01/05/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX0840 | Due To/From MTLC | Chase 5111 | -2,500.00 |
| 01/05/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX2478 | Due To/From MTLC | Chase 5111 | -2,500.00 |
| 01/06/2024 | Deposit | | | Online Transfer to CHK ...8260 transaction# XXXXXXX1524 01/08 | Due To/From MTLC | Chase 5111 | 700.00 |
| 01/08/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX1490 | Due To/From MTLC | Chase 5111 | -500.00 |
| 01/10/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX0650 | Due To/From MTLC | Chase 5111 | -300.00 |
| 01/12/2024 | Expense | | | TRANSFER FROM MPM2 TO TLC TRANSFER FROM MPM2 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 6,500.00 |
| 01/12/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX4650 | Due To/From MTLC | Chase 5111 | -200.00 |
| 01/12/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX7590 | Due To/From MTLC | Chase 5111 | -310.00 |
| 01/18/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX8097 | Due To/From MTLC | Chase 5111 | -350.00 |
| 01/18/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX8912 | Due To/From MTLC | Chase 5111 | -350.00 |
| 01/19/2024 | Expense | | | TRANSFER FROM MPM2 TO TLC TRANSFER FROM MPM2 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 01/19/2024 | Expense | | | TRANSFER FROM MPM TO TLC TRANSFER FROM MPM TO TLC | Due To/From MTLC | BRB 5485 - Income | 500.00 |
| 01/19/2024 | Expense | | | TRANSFER FROM MPM TO TLC TRANSFER FROM MPM TO TLC | Due To/From MTLC | BRB 5485 - Income | 4,200.00 |
| 01/19/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX1297 | Due To/From MTLC | Chase 5111 | -300.00 |
| 01/19/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX7374 | Due To/From MTLC | Chase 5111 | -650.00 |
| 01/19/2024 | Deposit | | | REAL TIME TRANSFER RECD FROM ABA/XXXXX0021 FROM: VENMO REF: XXXXXXXXXXXX3991 INFO: ID: XXXXXXXXXXXXX0021P1BRJPMXXXXXX2235 RECD: 18:11:55 TRN: XXXXX0019 R/V | Due To/From MTLC | Chase 5111 | -707.40 |
| 01/23/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX0148 | Due To/From MTLC | Chase 5111 | -500.00 |
| 01/24/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX3429 | Due To/From MTLC | Chase 5111 | -500.00 |
| 01/24/2024 | Journal Entry | 73 | | MPM Contractor Expenses Paid VIA MTLC | | | -306.47 |
| 01/26/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX5854 | Due To/From MTLC | Chase 5111 | -650.00 |
| 01/26/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX6104 | Due To/From MTLC | Chase 5111 | -700.00 |
| 01/29/2024 | Expense | | | TRANSFER FROM MPM2 TO TLC TRANSFER FROM MPM2 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 01/29/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX2811 | Due To/From MTLC | Chase 5111 | -1,500.00 |
| 01/30/2024 | Expense | | | TRANSFER FROM MPM2 TO TLC TRANSFER FROM MPM2 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 200.00 |
| 01/30/2024 | Expense | | | TRANSFER FROM TLC TO MPM TRANSFER FROM TLC TO MPM2 | Due To/From MTLC | BRB 5494 - Checking | -500.00 |
| 01/31/2024 | Expense | | | ORIG CO NAME:MORTGAGE SERV CT ORIG ID:XXXXXX5996 DESC DATE:013124 CO ENTRY DESCR:MTG PAYMT SEC:WEB TRACE#:XXXXXXX2277907 EED:240131 IND ID:XXXXXX6304 IND NAME: KEVIN MCCLATCHIE ACH DEBIT MTG PYMT TRN: XXXXXX7907 TC | Due To/From MTLC | Chase 5111 | 251.60 |
| 01/31/2024 | Expense | | | ORIG CO NAME:NEW/REZ-SHELLPON ORIG ID:XXXXXX2226 DESC DATE:240129 CO ENTRY DESCR:WEB PMTS SEC:WEB TRACE#:XXXXXXX6280534 EED:240131 IND ID:XXXXXX7219 IND NAME:M CCLATCHIE WAYNE A XXXXXXXX4761 TRN: XXXXXX0534 TC | Due To/From MTLC | Chase 5111 | 800.00 |
| 02/01/2024 | Expense | | | TRANSFER FROM MPM2 TO TLC TRANSFER FROM MPM2 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 8,600.00 |
| 02/01/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX0302 | Due To/From MTLC | Chase 5111 | -100.00 |
| 02/01/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX1015 | Due To/From MTLC | Chase 5111 | -1,500.00 |
| 02/01/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX3521 | Due To/From MTLC | Chase 5111 | -2,000.00 |
| 02/01/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX4269 | Due To/From MTLC | Chase 5111 | -1,500.00 |
| 02/01/2024 | Expense | | | ORIG CO NAME:NSM DBA#R.COOPER ORIG ID:XXXXXX2701 DESC DATE:240201 CO ENTRY DESCR:NSM DBA#R SEC:WEB TRACE#:XXXXXX0520360 EED:240201 IND ID:5232774 IND NAME:WAY NE *MCCLATCHIE XXX-XXX-2432 TRN: XXXXXX0360 TC | Due To/From MTLC | Chase 5111 | 1,199.50 |
| 02/02/2024 | Expense | | | TRANSFER FROM TLC TO MPM TRANSFER FROM TLC TO MPM | Due To/From MTLC | BRB 5485 - Income | -2,000.00 |
| 02/06/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX7337 | Due To/From MTLC | Chase 5111 | -1,400.00 |
| 02/10/2024 | Journal Entry | 74 | | MPM Contractor Expenses Paid VIA MTLC | | | -306.47 |
| 02/16/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX3508 | Due To/From MTLC | Chase 5111 | -1,200.00 |
| 02/19/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX9814 | Due To/From MTLC | Chase 5111 | -2,000.00 |
| 02/20/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX7112 | Due To/From MTLC | Chase 5111 | -800.00 |
| 02/20/2024 | Deposit | | | Online Transfer to CHK ...8260 transaction# XXXXXXX9700 02/20 | Due To/From MTLC | Chase 5111 | 700.00 |
| 02/20/2024 | Expense | | | ORIG CO NAME:NEW/REZ-SHELLPON ORIG ID:XXXXXX2226 DESC DATE:240218 CO ENTRY DESCR:WEB PMTS SEC:WEB TRACE#:XXXXXXX9033188 EED:240220 IND ID:XXXXXX7219 IND NAME:M CCLATCHIE WAYNE A XXXXXXXX5072 TRN: XXXXXX3188 TC | Due To/From MTLC | Chase 5111 | 800.00 |
| 02/21/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX0333 | Due To/From MTLC | Chase 5111 | -1,000.00 |
| 02/22/2024 | Expense | | | TRANSFER FROM MPM TO TLC TRANSFER FROM MPM TO TLC | Due To/From MTLC | BRB 5485 - Income | 5,700.00 |
| 02/22/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX0675 | Due To/From MTLC | Chase 5111 | -600.00 |
| 02/22/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX5167 | Due To/From MTLC | Chase 5111 | -500.00 |
| 02/26/2024 | Expense | | | ORIG CO NAME:MORTGAGE SERV CT ORIG ID:XXXXXX5996 DESC DATE:022624 CO ENTRY DESCR:MTG PAYMT SEC:WEB TRACE#:XXXXXXX1782952 EED:240226 IND ID:XXXXXX6304 IND NAME: KEVIN MCCLATCHIE ACH DEBIT MTG PYMT TRN: XXXXXX2852 TC | Due To/From MTLC | Chase 5111 | 240.17 |
| 02/27/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX0539 | Due To/From MTLC | Chase 5111 | -500.00 |
| 02/28/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX1682 | Due To/From MTLC | Chase 5111 | -1,500.00 |
| 02/29/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX9436 | Due To/From MTLC | Chase 5111 | -700.00 |
| 03/01/2024 | Expense | | | TRANSFER FROM MPM TO TLC TRANSFER FROM MPM TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 03/01/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX2006 | Due To/From MTLC | Chase 5111 | -700.00 |
| 03/01/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX0650 | Due To/From MTLC | Chase 5111 | -120.00 |
| 03/01/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX8579 | Due To/From MTLC | Chase 5111 | -1,000.00 |
| 03/01/2024 | Deposit | | | Online Transfer to CHK ...8260 transaction# XXXXXX8709 03/01 | Due To/From MTLC | Chase 5111 | 300.00 |
| 03/01/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX6671 | Due To/From MTLC | Chase 5111 | -350.00 |
| 03/01/2024 | Deposit | | | REAL TIME TRANSFER RECD FROM ABA/XXXXX0021 FROM: VENMO REF: XXXXXXXXXXXX9972 INFO: ID: XXXXXXXXXXXXX0021P1BRJPMXXXXXX4141 RECD: 16:35:13 TRN: XXXXXX1061 R/U | Due To/From MTLC | Chase 5111 | -3,400.00 |
| 03/02/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX0713 | Due To/From MTLC | Chase 5111 | -200.00 |
| 03/03/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX7522 | Due To/From MTLC | Chase 5111 | -500.00 |
| 03/04/2024 | Expense | | | TRANSFER FROM MPM TO TLC TRANSFER FROM MPM TO TLC | Due To/From MTLC | BRB 5485 - Income | 200.00 |
| 03/04/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX3302 | Due To/From MTLC | Chase 5111 | -1,500.00 |
| 03/04/2024 | Expense | | | ORIG CO NAME:NSM DBA#R.COOPER ORIG ID:XXXXXX2701 DESC DATE:240303 CO ENTRY DESCR:NSM DBA#R SEC:WEB TRACE#:XXXXXXX4917573 EED:240304 IND ID:5050503 IND NAME:WAY NE *MCCLATCHIE XXX-XXX-2432 TRN: XXXXXX7573 TC | Due To/From MTLC | Chase 5111 | 1,165.63 |
| 03/05/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX9107 | Due To/From MTLC | Chase 5111 | -2,000.00 |
| 03/06/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX3373 | Due To/From MTLC | Chase 5111 | -900.00 |
| 03/07/2024 | Expense | | | TRANSFER FROM TLC TO MPM TRANSFER FROM TLC TO MPM | Due To/From MTLC | BRB 5485 - Income | -1,000.00 |
| 03/08/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX9679 | Due To/From MTLC | Chase 5111 | -1,900.00 |
| 03/10/2024 | Deposit | | | Online Transfer to CHK ...8260 transaction# XXXXXXX0648 03/11 | Due To/From MTLC | Chase 5111 | 300.00 |
| 03/10/2024 | Journal Entry | 75 | | MPM Contractor Expenses Paid VIA MTLC | | | -306.47 |
| 03/12/2024 | Deposit | | | Online Transfer to CHK ...8260 transaction# XXXXXXX6464 03/12 | Due To/From MTLC | Chase 5111 | 500.00 |
| 03/13/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 300.00 |
| 03/13/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 300.00 |
| 03/13/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 800.00 |
| 03/13/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 400.00 |
| 03/13/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX4660 03/14 | Due To/From MTLC | Chase 5111 | 750.00 |
| 03/14/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 200.00 |
| 03/14/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 5,150.00 |
| 03/14/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 500.00 |
| 03/14/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX4142 | Due To/From MTLC | Chase 5111 | -200.00 |
| 03/14/2024 | Deposit | | | Online Transfer to CHK ...8260 transaction# XXXXXXX4951 03/14 | Due To/From MTLC | Chase 5111 | 1,000.00 |
| 03/15/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -2,100.00 |
| 03/15/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -3,000.00 |
| 03/15/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 650.00 |
| 03/15/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 125.00 |
| 03/15/2024 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXXX3334 | Due To/From MTLC | Chase 5111 | -800.00 |

| Date | Type | | Description | Account | Account Name | Amount |
|---|---|---|---|---|---|---|
| 03/15/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXX3136 03/15 | Due To/From MTLC | Chase 5111 | 900.00 |
| 03/16/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX8872 | Due To/From MTLC | Chase 5111 | -500.00 |
| 03/16/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXX9714 03/18 | Due To/From MTLC | Chase 5111 | 410.00 |
| 03/18/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX9446 | Due To/From MTLC | Chase 5111 | -220.00 |
| 03/19/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX9649 | Due To/From MTLC | Chase 5111 | -100.00 |
| 03/20/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX8362 | Due To/From MTLC | Chase 5111 | -300.00 |
| 03/20/2024 | Deposit | | REAL TIME TRANSFER RECD FROM ABA/CONTR BNK-XXXXXX0021 FROM: BNF-VENMO REF: XXXXXXXXXXXX3752 INFO: TEXT- ID: XXXXXXXXXXXX0021P1BRUPCXXXXXXX9396 RECD: 21:50:22 T RN: XXXXXX1081GE | Due To/From MTLC | Chase 5111 | -830.22 |
| 03/22/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 300.00 |
| 03/22/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 400.00 |
| 03/22/2024 | Expense | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0001 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0001 | Due To/From MTLC | BRB 5485 - Income | -30.00 |
| 03/25/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX1215 | Due To/From MTLC | Chase 5111 | -200.00 |
| 03/27/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX2737 | Due To/From MTLC | Chase 5111 | -800.00 |
| 03/27/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX8964 | Due To/From MTLC | Chase 5111 | -950.00 |
| 03/27/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX5160 | Due To/From MTLC | Chase 5111 | -600.00 |
| 03/28/2024 | Expense | | ORIG CO NAME:NEWREZ-SHELLPOIN ORIG ID:XXXXXX2226 DESC DATE:240326 CO ENTRY DESCR:WEB PMTS SEC:WEB TRACE#:XXXXXXXX17916115 EED:240328 IND ID:XXXXXX7219 IND NAME:M CCLATCHIE WAYNE A XXXXXXXXXX5673 TRN: XXXXXX1615 TC | Due To/From MTLC | Chase 5111 | 818.69 |
| 03/29/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -1,950.00 |
| 03/29/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX3494 | Due To/From MTLC | Chase 5111 | -500.00 |
| 04/01/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 04/01/2024 | Expense | | MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT | Due To/From MTLC | BRB 5485 - Income | 240.17 |
| 04/01/2024 | Expense | | NSM DBAMR NSM DBAMR.COOPER WEB 888-480-2432 NSM DBAMR NSM DBAMR.COOPER WEB 888-480-2432 | Due To/From MTLC | BRB 5485 - Income | 1,243.27 |
| 04/04/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX6316 | Due To/From MTLC | Chase 5111 | -1,870.00 |
| 04/05/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 6,000.00 |
| 04/05/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0074 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 500.00 |
| 04/05/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX3471 | Due To/From MTLC | Chase 5111 | -500.00 |
| 04/08/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX9561 | Due To/From MTLC | Chase 5111 | -900.00 |
| 04/09/2024 | Deposit | | Online Transfer to CHK ...8260 transaction#: XXXXXX3063 04/09 | Due To/From MTLC | Chase 5111 | 310.00 |
| 04/09/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX5880 | Due To/From MTLC | Chase 5111 | -152.00 |
| 04/10/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 500.00 |
| 04/10/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX2895 | Due To/From MTLC | Chase 5111 | -1,500.00 |
| 04/10/2024 | Journal Entry | 76 | MPM Contractor Expenses Paid VIA MTLC | Due To/From MTLC | | -306.47 |
| 04/12/2024 | Deposit | | TRANSFER FROM X5519 TO X5494 TRANSFER FROM X5519 TO X5494 | Due To/From MTLC | BRB 5494 - Checking | -2,500.00 |
| 04/18/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX0958 | Due To/From MTLC | Chase 5111 | -900.00 |
| 04/24/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX1099 | Due To/From MTLC | Chase 5111 | -1,000.00 |
| 04/25/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 200.00 |
| 04/26/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 500.00 |
| 04/26/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 600.00 |
| 04/26/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX3090 | Due To/From MTLC | Chase 5111 | -500.00 |
| 04/29/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX4955 | Due To/From MTLC | Chase 5111 | -500.00 |
| 04/29/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | -5,000.00 |
| 04/30/2024 | Expense | | TRANSFER FROM X5485 TO X5519 TRANSFER FROM X5485 TO X5519 | Due To/From MTLC | BRB 5485 - Income | 5,000.00 |
| 05/01/2024 | Expense | | MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT | Due To/From MTLC | BRB 5485 - Income | 240.17 |
| 05/02/2024 | Expense | | NSM DBAMR NSM DBAMR.COOPER WEB 888-480-2432 NSM DBAMR NSM DBAMR.COOPER WEB 888-480-2432 | Due To/From MTLC | BRB 5485 - Income | 1,204.45 |
| 05/03/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX7975 | Due To/From MTLC | Chase 5111 | -650.00 |
| 05/06/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX6192 | Due To/From MTLC | Chase 5111 | -200.00 |
| 05/06/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX1029 | Due To/From MTLC | Chase 5111 | -1,100.00 |
| 05/08/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX8808 | Due To/From MTLC | Chase 5111 | -500.00 |
| 05/08/2024 | Expense | | WEB PMTS NEWREZ-SHELLPOIN WEB XXXXXXXX006297 WEB PMTS NEWREZ-SHELLPOIN WEB XXXXXXXX006297 | Due To/From MTLC | BRB 5485 - Income | 820.00 |
| 05/10/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -5,000.00 |
| 05/10/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -9,000.00 |
| 05/10/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 05/10/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 4,000.00 |
| 05/10/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0074 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 500.00 |
| 05/10/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX0847 | Due To/From MTLC | Chase 5111 | -1,500.00 |
| 05/10/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX4799 | Due To/From MTLC | Chase 5111 | -200.00 |
| 05/10/2024 | Journal Entry | 77 | MPM Contractor Expenses Paid VIA MTLC | Due To/From MTLC | | -306.47 |
| 05/14/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 05/14/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 500.00 |
| 05/14/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,500.00 |
| 05/15/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 1,700.00 |
| 05/15/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX4656 | Due To/From MTLC | Chase 5111 | -300.00 |
| 05/17/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 6,500.00 |
| 05/20/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 05/21/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX4397 | Due To/From MTLC | Chase 5111 | -200.00 |
| 05/21/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX7565 | Due To/From MTLC | Chase 5111 | -200.00 |
| 05/28/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXX8226 05/23 | Due To/From MTLC | Chase 5111 | 200.00 |
| 05/28/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -2,800.00 |
| 05/28/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX3825 | Due To/From MTLC | Chase 5111 | -500.00 |
| 05/29/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,400.00 |
| 05/30/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX9877 | Due To/From MTLC | Chase 5111 | -600.00 |
| 05/30/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX0186 | Due To/From MTLC | Chase 5111 | -200.00 |
| 05/31/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 3,000.00 |
| 05/31/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| 06/02/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX6631 | Due To/From MTLC | Chase 5111 | -500.00 |
| 06/03/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 300.00 |
| 06/03/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 650.00 |
| 06/03/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 200.00 |
| 06/03/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX9592 | Due To/From MTLC | Chase 5111 | -1,000.00 |
| 06/03/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX9905 | Due To/From MTLC | Chase 5111 | -700.00 |
| 06/03/2024 | Expense | | MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT ORIG CO NAME:NSM DBAMR.COOP/OH ORIG ID:XXXXXX2701 DESC DATE:2 240601 CO ENT RY DESCR:NSM DBAMR SEC:W18 TRACE#:XXXXXXXX780709 EED:240603 IND ID:281343S IND NAME:W AY NE *MCCLATCHIE XXX-XXX-2452 TRN: XXXXXX0709 TC | Due To/From MTLC | BRB 5485 - Income | 240.17 |
| 06/03/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | Chase 5111 | 1,204.45 |
| 06/06/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX5787 | Due To/From MTLC | Chase 5111 | -2,000.00 |
| 06/07/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 06/07/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 500.00 |
| 06/07/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 6,300.00 |
| 06/07/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX0261 | Due To/From MTLC | Chase 5111 | -1,500.00 |
| 06/07/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX3675 | Due To/From MTLC | Chase 5111 | -200.00 |
| 06/07/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX7604 | Due To/From MTLC | Chase 5111 | -1,000.00 |
| 06/09/2024 | Deposit | | Online Transfer to CHK ...8260 transaction#: XXXXXX8270 06/10 | Due To/From MTLC | Chase 5111 | 200.00 |
| 06/10/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0001 TRANSFER FROM TLC TO EBCKNG 0001 | Due To/From MTLC | BRB 5485 - Income | -200.00 |
| 06/10/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX1666 06/10 | Due To/From MTLC | Chase 5111 | -200.00 |
| 06/10/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXX0604 06/10 | Due To/From MTLC | Chase 5111 | 100.00 |
| 06/10/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXX5574 06/10 | Due To/From MTLC | Chase 5111 | 130.00 |
| 06/10/2024 | Deposit | | REAL TIME TRANSFER RECD FROM ABA/CONTR BNK-XXXXXX0021 FROM: BNF-VENMO REF: XXXXXXXXXXXX2457 INFO: TEXT- ID: XXXXXXXXXXXX0021P1BRUPCXXXXXXX6542 RECD: 14:04:35 T RN: XXXXXX1162GD | Due To/From MTLC | Chase 5111 | -221.07 |
| 06/10/2024 | Deposit | | REAL TIME TRANSFER RECD FROM ABA/CONTR BNK-XXXXXX0021 FROM: BNF-VENMO REF: XXXXXXXXXXXX7719 INFO: TEXT- ID: XXXXXXXXXXXX0021P1BRUPCXXXXXXX3660 RECD: 09:59:12 T RN: XXXXXX1182GB | Due To/From MTLC | Chase 5111 | -98.25 |
| 06/11/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX7122 06/11 | Due To/From MTLC | Chase 5111 | 250.00 |
| 06/12/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX6740 | Due To/From MTLC | Chase 5111 | -200.00 |

| Date | Type | Num | Description | Due To/From MTLC | Account | Amount |
|---|---|---|---|---|---|---|
| 06/14/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| 06/15/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX4997 | Due To/From MTLC | Chase 5111 | -675.00 |
| 06/17/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX9781 | Due To/From MTLC | Chase 5111 | -600.00 |
| 06/18/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 750.00 |
| 06/19/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX6760 | Due To/From MTLC | Chase 5111 | -1,000.00 |
| 06/21/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 5,000.00 |
| 06/21/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX0654 | Due To/From MTLC | Chase 5111 | -250.00 |
| 06/21/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX1546 | Due To/From MTLC | Chase 5111 | -50.00 |
| 06/21/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX9689 | Due To/From MTLC | Chase 5111 | -140.00 |
| 06/21/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX9958 06/21 | Due To/From MTLC | Chase 5111 | 100.00 |
| 06/22/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX7416 | Due To/From MTLC | Chase 5111 | -100.00 |
| 06/26/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 06/27/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 06/27/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX9371 | Due To/From MTLC | Chase 5111 | -700.00 |
| 06/28/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 3,500.00 |
| 06/28/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX3601 | Due To/From MTLC | Chase 5111 | -100.00 |
| 06/28/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX5551 | Due To/From MTLC | Chase 5111 | -3,020.00 |
| 06/28/2024 | Journal Entry | 66 | MPM Contractors Paid Via TLC Cash Account | Due To/From MTLC | | -990.00 |
| 06/29/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX2301 | Due To/From MTLC | Chase 5111 | -20.00 |
| 07/01/2024 | Expense | | MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT ORIG CO/ NAME:NSM DBA#M:COOP/E# ORIG ID:XXXXXX2701 DESC DATE:240701 CO ENTRY DESC#:NSM DBA#M SEC:W##B TRACE#:XXXXXXX1408 EED:240701 IND ID:2422168 IND NAME:W.AY NE *MCCLATCHIE XXX-XXX-2422 TRN: XXXXXX3408 TC | Due To/From MTLC | Chase 5111 | 1,204.45 |
| 07/01/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 500.00 |
| 07/03/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX0184 | Due To/From MTLC | Chase 5111 | -500.00 |
| 07/05/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -900.00 |
| 07/05/2024 | Expense | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -1,500.00 |
| 07/05/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5485 - Income | 300.00 |
| 07/05/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,100.00 |
| 07/05/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 600.00 |
| 07/05/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX2593 07/05 | Due To/From MTLC | Chase 5111 | 600.00 |
| 07/08/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -2,000.00 |
| 07/08/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX3602 | Due To/From MTLC | Chase 5111 | -100.00 |
| 07/09/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 07/10/2024 | Journal Entry | 78 | MPM Contractor Expenses Paid VIA MTLC | Due To/From MTLC | | -306.47 |
| 07/11/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 600.00 |
| 07/11/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 50.00 |
| 07/11/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 500.00 |
| 07/11/2024 | Deposit | | REAL TIME TRANSFER RECD FROM ABA/CONTR BNK-XXXXX0021 FROM: BNF-/VENMO REF: XXXXXXXXX5081 INFO: TEXT- ID: XXXXXXXXXXXX0021P1BRJPCXXXXXXX0681 RECD: 06:27:42 T RN: XXXXXX1193GB | Due To/From MTLC | Chase 5111 | -1,277.25 |
| 07/12/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 70.00 |
| 07/12/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 750.00 |
| 07/15/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Income | -300.00 |
| 07/17/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX0283 07/17 | Due To/From MTLC | Chase 5111 | 50.00 |
| 07/17/2024 | Deposit | | REAL TIME TRANSFER RECD FROM ABA/CONTR BNK-XXXXX0021 FROM: BNF-/VENMO REF: XXXXXXXXX2089 INFO: TEXT- ID: XXXXXXXXXXXX0021P1BRJPCXXXXXXX4504 RECD: 19:41:10 T RN: XXXXXX1199GC | Due To/From MTLC | Chase 5111 | -289.84 |
| 07/19/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 07/21/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX0637 | Due To/From MTLC | Chase 5111 | -20.00 |
| 07/23/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX7037 | Due To/From MTLC | Chase 5111 | -500.00 |
| 07/24/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| 07/24/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX1036 | Due To/From MTLC | Chase 5111 | -500.00 |
| 07/24/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX2591 | Due To/From MTLC | Chase 5111 | -700.00 |
| 07/25/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| 07/26/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX4296 | Due To/From MTLC | Chase 5111 | -5,100.00 |
| 07/29/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 07/29/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 07/29/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX4826 | Due To/From MTLC | Chase 5111 | -200.00 |
| 07/30/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX9798 07/31 | Due To/From MTLC | Chase 5111 | 400.00 |
| 07/30/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX5651 | Due To/From MTLC | Chase 5111 | -300.00 |
| 07/31/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 2,500.00 |
| 07/31/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX6335 | Due To/From MTLC | Chase 5111 | -400.00 |
| 07/31/2024 | Journal Entry | 67 | MPM Contractors Paid Via TLC Cash Account | Due To/From MTLC | | -4,553.00 |
| 08/01/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX2637 | Due To/From MTLC | Chase 5111 | -200.00 |
| 08/01/2024 | Expense | | MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT ORIG CO/ NAME:NSM DBA#M:COOP/E# ORIG ID:XXXXXX2701 DESC DATE:240801 CO ENTRY DESC#:NSM DBA#M SEC:W##B TRACE#:XXXXXXX8408 EED:240801 IND ID:2508077 IND NAME:W.AY NE *MCCLATCHIE XXX-XXX-2432 TRN: XXXXXX4409 TC | Due To/From MTLC | Chase 5111 | 1,204.45 |
| 08/02/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 2,500.00 |
| 08/02/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 08/02/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 2,100.00 |
| 08/02/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX8284 08/02 | Due To/From MTLC | Chase 5111 | 1,000.00 |
| 08/02/2024 | Deposit | | REAL TIME TRANSFER RECD FROM ABA/CONTR BNK-XXXXX0021 FROM: BNF-/VENMO REF: XXXXXXXXX6801 INFO: TEXT- ID: XXXXXXXXXXXX0021P1BRJPCXXXXXXX9050 RECD: 15:03:00 T RN: XXXXX0215GD | Due To/From MTLC | Chase 5111 | -3,475.00 |
| 08/04/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX0498 08/05 | Due To/From MTLC | Chase 5111 | 15.00 |
| 08/06/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -1,150.00 |
| 08/06/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX3006 | Due To/From MTLC | Chase 5111 | -300.00 |
| 08/06/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX8705 | Due To/From MTLC | Chase 5111 | -1,200.00 |
| 08/07/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| 08/09/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 200.00 |
| 08/09/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 500.00 |
| 08/10/2024 | Journal Entry | 79 | MPM Contractor Expenses Paid VIA MTLC | Due To/From MTLC | | -296.35 |
| 08/12/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| 08/14/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 08/15/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX0975 | Due To/From MTLC | Chase 5111 | -500.00 |
| 08/16/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 08/16/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 3,500.00 |
| 08/16/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX3838 08/16 | Due To/From MTLC | Chase 5111 | 200.00 |
| 08/19/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX0379 08/19 | Due To/From MTLC | Chase 5111 | 200.00 |
| 08/19/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -1,000.00 |
| 08/19/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,300.00 |
| 08/20/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -500.00 |
| 08/20/2024 | Deposit | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | BRB 5494 - Checking | 1,150.00 |
| 08/21/2024 | Deposit | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 08/21/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX9859 | Due To/From MTLC | Chase 5111 | -1,200.00 |
| 08/22/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -1,000.00 |
| 08/23/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 200.00 |
| 08/23/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 2,200.00 |
| 08/23/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX0228 | Due To/From MTLC | Chase 5111 | -70.00 |
| 08/26/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 08/26/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX8444 08/26 | Due To/From MTLC | Chase 5111 | 30.00 |
| 08/27/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,300.00 |
| 08/27/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX9190 08/27 | Due To/From MTLC | Chase 5111 | 250.00 |
| 08/30/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 500.00 |
| 08/30/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 5,000.00 |

| Date | Type | No. | Description | Due To/From | Account | Amount |
|---|---|---|---|---|---|---|
| 08/30/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX9678 | Due To/From MTLC | Chase 5111 | -200.00 |
| 08/30/2024 | Journal Entry | 65 | MPM Contractors Paid Via TLC Cash App Account | Due To/From MTLC | | -1,391.00 |
| 09/03/2024 | Expense | | TRANSFER FROM TLC TO EBCKNG 0001 TRANSFER FROM TLC TO EBCKNG 0001 | Due To/From MTLC | BRB 5485 - Income | -600.00 |
| 09/03/2024 | Expense | | ORIG CO NAME:NSM DBAMR.COOPER ORIG ID:XXXXXX2701 DESC DATE:240831 CO ENTRY DESCR:NSM DBAMR SEC:WEB TRACE#:XXXXXXX7986342 EED:240903 IND ID:2586471 IND NAME:WAY NE *MCCLATCHIE XXX-XXX-2432 TRN: XXXXXX6342 TC | Due To/From MTLC | BRB 5485 - Income | 1,204.45 |
| 09/04/2024 | Expense | | MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT | Due To/From MTLC | BRB 5485 - Income | 228.74 |
| 09/05/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TRANSFER FROM EBCKNG 0001 | Due To/From MTLC | BRB 5485 - Income | -2,600.00 |
| 09/05/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX3562 | Due To/From MTLC | Chase 5111 | -1,000.00 |
| 09/06/2024 | Deposit | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 09/06/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -800.00 |
| 09/08/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -2,000.00 |
| 09/09/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -400.00 |
| 09/09/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 400.00 |
| 09/09/2024 | Deposit | | TRANSFER FROM EBCKNG 0001 TRANSFER FROM TLC TO EBCKNG 0001 | Due To/From MTLC | BRB 5485 - Income | -200.00 |
| 09/10/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 09/10/2024 | Journal Entry | 80 | MPM Contractor Expenses Paid VIA MTLC | Due To/From MTLC | | -296.35 |
| 09/11/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX4697 | Due To/From MTLC | Chase 5111 | -1,000.00 |
| 09/11/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX7814 09/11 | Due To/From MTLC | Chase 5111 | 500.00 |
| 09/12/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX4376 | Due To/From MTLC | Chase 5111 | -300.00 |
| 09/13/2024 | Deposit | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 4,000.00 |
| 09/13/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 09/13/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0001 TRANSFER FROM TLC TO EBCKNG 0001 | Due To/From MTLC | BRB 5485 - Income | -1,025.00 |
| 09/13/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX3814 09/13 | Due To/From MTLC | Chase 5111 | 125.00 |
| 09/17/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 400.00 |
| 09/17/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 900.00 |
| 09/17/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 725.00 |
| 09/18/2024 | Expense | | TRANSFER FROM EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 100.00 |
| 09/19/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -2,500.00 |
| 09/19/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 300.00 |
| 09/19/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX0736 | Due To/From MTLC | Chase 5111 | -370.00 |
| 09/20/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 09/20/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX1415 | Due To/From MTLC | Chase 5111 | -70.00 |
| 09/23/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -700.00 |
| 09/23/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0001 TRANSFER FROM TLC TO EBCKNG 0001 | Due To/From MTLC | BRB 5485 - Income | -700.00 |
| 09/23/2024 | Deposit | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 600.00 |
| 09/24/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 300.00 |
| 09/24/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX5994 | Due To/From MTLC | Chase 5111 | -500.00 |
| 09/26/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX1564 | Due To/From MTLC | Chase 5111 | -500.00 |
| 09/26/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX1909 | Due To/From MTLC | Chase 5111 | -500.00 |
| 09/27/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 5,000.00 |
| 09/27/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX3716 09/27 | Due To/From MTLC | Chase 5111 | 300.00 |
| 09/30/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 09/30/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| 09/30/2024 | Journal Entry | 68 | MPM Contractors Paid Via TLC Cash App Account | Due To/From MTLC | | -1,263.00 |
| 10/01/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX6703 10/01 | Due To/From MTLC | Chase 5111 | 100.00 |
| 10/01/2024 | Expense | | MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT MTG PAYMT MORTGAGE SERV CT WEB ACH DEBIT MTG PYMT | Due To/From MTLC | BRB 5485 - Income | 251.60 |
| 10/02/2024 | Expense | | NSM DBAMR NSM DBAMR.COOPER WEB 888-480-2432 NSM DBAMR NSM DBAMR.COOPER WEB 888-480-2432 | Due To/From MTLC | BRB 5485 - Income | 1,204.45 |
| 10/03/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 400.00 |
| 10/04/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 700.00 |
| 10/04/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX3716 10/04 | Due To/From MTLC | Chase 5111 | 950.00 |
| 10/07/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 10/10/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 10/10/2024 | Journal Entry | 81 | MPM Contractor Expenses Paid VIA MTLC | Due To/From MTLC | | -296.35 |
| 10/11/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 5,000.00 |
| 10/11/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 3,000.00 |
| 10/11/2024 | Deposit | | TRANSFER FROM EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -1,000.00 |
| 10/15/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 10/15/2024 | Deposit | | Online Transfer to CHK ...8260 transaction#: XXXXXXX6828 10/15 | Due To/From MTLC | Chase 5111 | 50.00 |
| 10/15/2024 | Expense | | REAL TIME TRANSFER RECD FROM ABA/CONTR BNK-XXXXXX021 FROM: BNF-/VENMO REF: XXXXXXXXXXXX0735 INFO: TEXT- ID: XXXXXXXXXXXXXX0021P1BRJPLXXXXXXX0947 RECD: 13:05:50 T RN: XXXXX0289GB | Due To/From MTLC | BRB 5485 - Income | -98.25 |
| 10/16/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 10/16/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXXX2629 | Due To/From MTLC | Chase 5111 | -1,000.00 |
| 10/17/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | -3,500.00 |
| 10/17/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 400.00 |
| 10/17/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | -50.00 |
| 10/17/2024 | Expense | | Online Transfer from CHK ...8260 transaction#: XXXXXXX3419 | Due To/From MTLC | Chase 5111 | -100.00 |
| 10/17/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX6840 10/17 | Due To/From MTLC | Chase 5111 | 1,100.00 |
| 10/17/2024 | Expense | | REAL TIME TRANSFER RECD FROM ABA/CONTR BNK-XXXXX021 FROM: BNF-/VENMO REF: XXXXXXXXXXXX1408 INFO: TEXT- ID: XXXXXXXXXXXX0021P1BRJPCXXXXXXX2638 RECD: 07:46:42 T RN: XXXXXX1291GA | Due To/From MTLC | Chase 5111 | -1,975.00 |
| 10/17/2024 | Deposit | | REAL TIME TRANSFER RECD FROM ABA/CONTR BNK-XXXXX021 FROM: BNF-/VENMO REF: XXXXXXXXXXXX1909 INFO: TEXT- ID: XXXXXXXXXXXXXX0021P1BRJPCXXXXXXX9752 RECD: 09:38:27 T RN: XXXXXX0291GE | Due To/From MTLC | Chase 5111 | -2,090.95 |
| 10/18/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -400.00 |
| 10/22/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 3,000.00 |
| 10/24/2024 | Deposit | | TRANSFER FROM EBCKNG 0001 TRANSFER FROM TLC TO EBCKNG 0001 | Due To/From MTLC | BRB 5485 - Income | -1,800.00 |
| 10/25/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 10/28/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 3,000.00 |
| 10/29/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 1,000.00 |
| 10/31/2024 | Journal Entry | 69 | MPM Contractors Paid Via TLC Cash App Account | Due To/From MTLC | | -3,033.00 |
| 11/01/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 6,000.00 |
| 11/10/2024 | Journal Entry | 82 | MPM Contractor Expenses Paid VIA MTLC | Due To/From MTLC | | -296.35 |
| 11/13/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 3,000.00 |
| 11/14/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 4,000.00 |
| 11/15/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 4,000.00 |
| 11/15/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 900.00 |
| 11/25/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 2,000.00 |
| 11/25/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,400.00 |
| 11/29/2024 | Deposit | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | BRB 5494 - Checking | 2,000.00 |
| 11/29/2024 | Deposit | | TRANSFER FROM EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | BRB 5494 - Checking | -2,805.00 |
| 11/29/2024 | Journal Entry | 72 | MPM Contractors Paid Via TLC Cash App Account | Due To/From MTLC | | -3,045.00 |
| 12/02/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| 12/02/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| 12/03/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,500.00 |
| 12/03/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 12/04/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 12/04/2024 | Expense | | Online Transfer to CHK ...8260 transaction#: XXXXXXX3909 12/04 | Due To/From MTLC | Chase 5111 | 300.00 |
| 12/05/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 7,000.00 |
| 12/05/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 12/09/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,500.00 |
| 12/09/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |
| 12/09/2024 | Journal Entry | 83 | MPM Contractor Expenses Paid VIA MTLC | Due To/From MTLC | | -296.35 |
| 12/11/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 200.00 |
| 12/12/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 1,000.00 |

| Date | Type | | Description | | | Account | Amount |
|---|---|---|---|---|---|---|---|
| 12/13/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0002 TO EBCKNG 0003 | Due To/From MTLC | | BRB 5494 - Checking | 1,000.00 |
| 12/13/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | | BRB 5485 - Income | 1,000.00 |
| 12/19/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | | BRB 5494 - Checking | 700.00 |
| 12/19/2024 | Expense | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | | BRB 5485 - Income | 600.00 |
| 12/20/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | | BRB 5494 - Checking | 1,000.00 |
| 12/20/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | | BRB 5494 - Checking | 1,000.00 |
| 12/20/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | | BRB 5494 - Checking | -3,500.00 |
| 12/20/2024 | Deposit | | Online Transfer from CHK ...8260 transaction#: XXXXXX9861 | Due To/From MTLC | | Chase 5111 | -300.00 |
| 12/23/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | | BRB 5494 - Checking | 2,300.00 |
| 12/23/2024 | Expense | | TRANSFER FROM EBCKNG 0002 TO TLC TRANSFER FROM EBCKNG 0002 TO TLC | Due To/From MTLC | | BRB 5494 - Checking | 400.00 |
| 12/26/2024 | Deposit | | TRANSFER FROM TLC TO EBCKNG 0002 TRANSFER FROM TLC TO EBCKNG 0002 | Due To/From MTLC | | BRB 5494 - Checking | -400.00 |
| 12/26/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 | Due To/From MTLC | | BRB 5494 - Checking | -2,500.00 |
| 12/26/2024 | Deposit | | TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 TRANSFER FROM EBCKNG 0003 TO EBCKNG 0002 | Due To/From MTLC | | BRB 5494 - Checking | -1,000.00 |
| 12/31/2024 | Journal Entry | 70 | MPM Contractors Paid Via TLC Cash App Account | Due To/From MTLC | | | -5,132.00 |
| | | | | | | | $63,557.19 |
| | | | | | | | $63,557.19 |

**McClatchie Property Management Corporation**
**Transaction Report**
January 1-21, 2025

| Date | Transaction type | Num | Name | Memo/Description | Account full name | Account | Amount |
|------|------------------|-----|------|-----------------|-------------------|---------|--------|
| Beginning Balance | | | | | | | |
| 01/01/2025 | Expense | | | Online Transfer to CHK ...8260 transaction# XXXXXX5073 01/02 | Due To/From MTLC | Chase 5111 | 100.00 |
| 01/02/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 1,500.00 |
| 01/03/2025 | Expense | | | Online Transfer to CHK ...8260 transaction# XXXXXX6575 01/06 | Due To/From MTLC | Chase 5111 | 200.00 |
| 01/03/2025 | Expense | | | Online Transfer to CHK ...8260 transaction# XXXXXX3435 01/03 | Due To/From MTLC | Chase 5111 | 100.00 |
| 01/03/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Due To/From MTLC | BRB 5485 - Income | 8,000.00 |
| 01/06/2025 | Expense | | | Online Transfer to CHK ...8260 transaction# XXXXXX3306 01/06 | Due To/From MTLC | Chase 5111 | 50.00 |
| 01/06/2025 | Expense | | | Online Transfer to CHK ...8260 transaction# XXXXXX6118 01/06 | Due To/From MTLC | Chase 5111 | 100.00 |
| 01/07/2025 | Journal Entry | 71 | | MPM Contractors Paid Via TLC Cash App Account | Due To/From MTLC | | -1,970.00 |
| 01/09/2025 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX0986 | Due To/From MTLC | Chase 5111 | -150.00 |
| 01/13/2025 | Deposit | | | Online Transfer from CHK ...8260 transaction# XXXXXX8131 | Due To/From MTLC | Chase 5111 | -250.00 |
| 01/13/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO TLC TRANSFER FROM EBCKNG 0001 TO TLC | Due To/From MTLC | BRB 5485 - Income | 2,000.00 |
| | | | | | | | **$9,680.00** |
| | | | | | | | **$9,680.00** |

Exhibit SOFA 4.3

**McClatchie Property Management Corporation**
**Transaction Report**
January-December, 2024

| Date | Transaction type | Num | Name | Memo/Description | Account full name | Account | Amount |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | |
| 01/08/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99a7r4423 | Owner's Draw | Chase 5111 | 450.00 |
| 01/12/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99a7vm-63 | Owner's Draw | Chase 5111 | 250.00 |
| 02/04/2024 | Expense | | | Zelle payment to Nilca XXXXXXX8728 | Owner's Draw | Chase 5111 | 1,000.00 |
| 02/05/2024 | Expense | | | Zelle payment to Nilca XXXXXXX1260 | Owner's Draw | Chase 5111 | 1,000.00 |
| 02/12/2024 | Expense | | | Zelle payment to Nilca XXXXXXX1024 | Owner's Draw | Chase 5111 | 2,000.00 |
| 02/12/2024 | Expense | | | MOBILE PMT CAPITAL ONE CCD 3WXOYIO17Q25Z XXXXXXXX0219417 MOBILE PMT CAPITAL ONE CCD 24/02/12 3WXOYIHI6Q17Q25Z XXXXXXXX0219417 | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 03/06/2024 | Expense | | | Zelle payment to Nilca XXXXXXX2958 | Owner's Draw | Chase 5111 | 2,000.00 |
| 03/11/2024 | Expense | | | Zelle payment to Nilca XXXXXXX1231 | Owner's Draw | Chase 5111 | 1,000.00 |
| 03/20/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXXX4354 | Owner's Draw | Chase 5111 | -75.00 |
| 03/22/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99ad3wn4 | Owner's Draw | Chase 5111 | 150.00 |
| 03/27/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99aebguvp | Owner's Draw | Chase 5111 | 600.00 |
| 03/29/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99aen5kx5 | Owner's Draw | Chase 5111 | 500.00 |
| 04/02/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99aeujzf | Owner's Draw | Chase 5111 | 500.00 |
| 04/03/2024 | Expense | | | Zelle payment to Nilca XXXXXX6769 | Owner's Draw | Chase 5111 | 500.00 |
| 04/11/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99afo52qr | Owner's Draw | Chase 5111 | 500.00 |
| 04/19/2024 | Expense | | | Zelle payment to Nilca XXXXXX8358 | Owner's Draw | Chase 5111 | 3,000.00 |
| 04/21/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99afvs80 | Owner's Draw | Chase 5111 | 800.00 |
| 04/24/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99afzdzwf | Owner's Draw | Chase 5111 | 500.00 |
| 04/30/2024 | Expense | | | Zelle payment to Nilca XXXXXX6124 | Owner's Draw | Chase 5111 | 900.00 |
| 05/01/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99agcv1dc | Owner's Draw | Chase 5111 | 450.00 |
| 05/02/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX4697 | Owner's Draw | Chase 5111 | -500.00 |
| 05/06/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX4828 | Owner's Draw | Chase 5111 | -600.00 |
| 05/07/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX4847 | Owner's Draw | Chase 5111 | -300.00 |
| 05/07/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 05/10/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99agugn8i | Owner's Draw | Chase 5111 | 200.00 |
| 05/12/2024 | Expense | | | Zelle payment to Nilca XXXXXX2844 | Owner's Draw | Chase 5111 | 100.00 |
| 05/14/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX9094 | Owner's Draw | Chase 5111 | -400.00 |
| 05/15/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX3250 | Owner's Draw | Chase 5111 | -75.00 |
| 05/15/2024 | Deposit | | | Zelle payment from Nilca K Mcclatchie BBTXXXXX4669 | Owner's Draw | Chase 5111 | -490.00 |
| 05/22/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX5390 | Owner's Draw | Chase 5111 | -300.00 |
| 05/22/2024 | Expense | | | Zelle payment to Nilca XXXXXX3496 | Owner's Draw | Chase 5111 | 150.00 |
| 05/24/2024 | Expense | | | PAYMENT VENMO WEB PAYMENT VENMO WEB | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 05/28/2024 | Expense | | | Zelle payment to Nilca XXXXXX5849 | Owner's Draw | Chase 5111 | 200.00 |
| 05/31/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99ahwr648 | Owner's Draw | Chase 5111 | 500.00 |
| 06/10/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX4531 | Owner's Draw | Chase 5111 | -500.00 |
| 06/11/2024 | Expense | | | Zelle payment to Nilca XXXXXX5121 | Owner's Draw | Chase 5111 | 1,400.00 |
| 06/12/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99ailfn1n | Owner's Draw | Chase 5111 | 500.00 |
| 06/21/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX1218 | Owner's Draw | Chase 5111 | -125.00 |
| 06/21/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 800.00 |
| 06/24/2024 | Expense | | | Zelle payment to Nilca XXXXXX3913 | Owner's Draw | Chase 5111 | 650.00 |
| 06/25/2024 | Expense | | | Zelle payment to Nilca XXXXXX1691 | Owner's Draw | Chase 5111 | 500.00 |
| 06/26/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99ajbrezi | Owner's Draw | Chase 5111 | 400.00 |
| 07/01/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 200.00 |
| 07/01/2024 | Expense | | | Zelle payment to Nilca XXXXXX9221 | Owner's Draw | Chase 5111 | 1,600.00 |
| 07/03/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX2107 | Owner's Draw | Chase 5111 | -5,000.00 |
| 07/04/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX9103 | Owner's Draw | Chase 5111 | -1,000.00 |
| 07/05/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX3589 | Owner's Draw | Chase 5111 | -1,100.00 |
| 07/07/2024 | Expense | | | Zelle payment to Nilca XXXXXX3844 | Owner's Draw | Chase 5111 | 400.00 |
| 07/09/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99ak10nx5 | Owner's Draw | Chase 5111 | 100.00 |
| 07/18/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99ak0s8w | Owner's Draw | Chase 5111 | 200.00 |
| 07/18/2024 | Expense | | | PAYMENT VENMO WEB PAYMENT VENMO WEB | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 07/24/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99aktoug4 | Owner's Draw | Chase 5111 | 400.00 |
| 07/24/2024 | Expense | | | MOBILE PMT CAPITAL ONE CCD 3XW4k1DH06I1NICU7 XXXXXXXX2332796 MOBILE PMT CAPITAL ONE CCD 24/07/24 3XW4kEDH06I1NICI27 XXXXXXXX2332796 | Owner's Draw | Chase 5111 | 500.00 |
| 07/31/2024 | Expense | | | Zelle payment to Nilca XXXXXXX6496 | Owner's Draw | Chase 5111 | 1,500.00 |
| 08/01/2024 | Expense | | | Zelle payment to Nilca XXXXXXX6780 | Owner's Draw | Chase 5111 | 3,200.00 |
| 08/02/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX8717 | Owner's Draw | Chase 5111 | -3,000.00 |
| 08/02/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99albz0w8 | Owner's Draw | Chase 5111 | 1,000.00 |
| 08/11/2024 | Expense | | | Zelle payment to Nilca XXXXXXX4606 | Owner's Draw | Chase 5111 | 600.00 |
| 08/13/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 1,100.00 |
| 08/15/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX7950 | Owner's Draw | Chase 5111 | -200.00 |
| 08/16/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 450.00 |
| 08/16/2024 | Deposit | | | Zelle payment from NILCA K MCCLATCHIE XXXXXX7412 | Owner's Draw | Chase 5111 | -200.00 |
| 08/22/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99amde0tu | Owner's Draw | Chase 5111 | 300.00 |
| 08/30/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 400.00 |
| 09/03/2024 | Expense | | | Zelle payment to Nilca XXXXXX3699 | Owner's Draw | Chase 5111 | 3,500.00 |
| 09/03/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 500.00 |
| 09/13/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 1,025.00 |
| 09/16/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0002 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5494 - Checking | 750.00 |
| 09/17/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 300.00 |
| 09/18/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 500.00 |
| 10/02/2024 | Expense | | | Zelle payment to Nilca XXXXXX2334 | Owner's Draw | Chase 5111 | 300.00 |
| 10/08/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 10/08/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 200.00 |
| 10/10/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 500.00 |
| 10/15/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 500.00 |
| 10/15/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 300.00 |
| 10/17/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 200.00 |
| 10/17/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99apj9r38 | Owner's Draw | Chase 5111 | 500.00 |
| 10/17/2024 | Expense | | | Zelle payment to Nilca XXXXXX4120 | Owner's Draw | Chase 5111 | 500.00 |
| 10/18/2024 | Expense | | | Zelle payment to Nilca XXXXXX5075 | Owner's Draw | Chase 5111 | 100.00 |
| 10/18/2024 | Expense | | | Zelle payment to Nilca XXXXXX1016 | Owner's Draw | Chase 5111 | 1,600.00 |
| 10/21/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 500.00 |
| 10/21/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 500.00 |
| 10/23/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 200.00 |
| 10/24/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 500.00 |
| 10/28/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 300.00 |
| 10/30/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 800.00 |
| 11/04/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 11/12/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 400.00 |
| 11/14/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 - Income | 1,500.00 |
| 11/18/2024 | Expense | | | Zelle payment to Nilca Girlfriend/Wife Mcclatchie JPM99ar6g577 | Owner's Draw | Chase 5111 | 1,200.00 |
| 11/20/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 - Income | 150.00 |
| 11/20/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 - Income | 100.00 |
| 11/25/2024 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 700.00 |
| 12/02/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 500.00 |
| 12/02/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 500.00 |
| 12/02/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 - Income | 1,500.00 |
| 12/04/2024 | Expense | | | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 - Income | 500.00 |

| Date | Type | Description | | Account | Amount |
|------|------|-------------|--|---------|--------|
| 12/04/2024 | Expense | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 – Income | 500.00 |
| 12/05/2024 | Expense | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 – Income | 500.00 |
| 12/05/2024 | Expense | Zelle payment to Nkca Girlfriend/Wife Moclatchie JPMtféaid/ogg3 | Owner's Draw | Chase 5111 | 200.00 |
| 12/06/2024 | Expense | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 – Income | 1,400.00 |
| 12/11/2024 | Expense | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 – Checking | 200.00 |

**Total for Owner's Draw**  $50,010.00

$50,010.00

**McClatchie Property Management Corporation**
**Transaction Report**
January-December, 2025

| Date | Transaction type | Num | Name | Memo/Description | Account full name | Account | Amount |
|------|-----------------|-----|------|-----------------|-------------------|---------|--------|
| Beginning Balance | | | | | | | |
| 01/02/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 - Income | 2,000.00 |
| 01/02/2025 | Expense | | | TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0002 TO SCCKNG 0001 | Owner's Draw | BRB 5494 - Checking | 500.00 |
| 01/06/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 01/06/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT TRANSFER FROM EBCKNG 0001 TO PERSONAL ACCOUNT | Owner's Draw | BRB 5485 - Income | 500.00 |
| 01/07/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 TRANSFER FROM EBCKNG 0001 TO EBCKNG 0003 | Owner's Draw | BRB 5485 - Income | 2,000.00 |
| 01/08/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 01/13/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 01/15/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 500.00 |
| 01/16/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 01/17/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 01/17/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 1,000.00 |
| 01/17/2025 | Expense | | | TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 TRANSFER FROM EBCKNG 0001 TO SCCKNG 0001 | Owner's Draw | BRB 5485 - Income | 3,000.00 |
| **Total for Owner's Draw** | | | | | | | **$15,500.00** |
| | | | | | | | **$15,500.00** |

01/22/25 10:40 AM

# United States Bankruptcy Court
## Eastern District of Virginia, Richmond Division

In re   McClatchie Property Management, LLC

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Kevin McClatchie<br>5027 Niles Road<br><br>Richmond, VA 23234 | | | Equity Membership 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   January 22, 2025

Signature   /s/  Kevin McClatchie

Kevin McClatchie

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Ascentium Capital, LLC
23970 Highway 59 N
Kingwood, TX 77339


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197


C T Corporation System, representative
Attn: SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203


Chesterfield County
PO Box 70
Chesterfield, VA 23832


Commonwealth of Virginia
1957 Westmoreland Street
Richmond, VA 23230


Financial Pacific Leasing, Inc
3455 South 344th Way, Suite 300
Federal Way, WA 98063


Hiscox Insurance Company, Inc.
Corporation Service Company
100 Shockoe Slip Fl 2
Richmond, VA 23219


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


John Deere
P.O. Box 5328
Madison, WI 53705


Kevin and Nilca McClatchie
5027 Niles Road
Richmond, VA 23234


McClatchie Tree, LLC
5207 Niles Road
Richmond, VA 23234


National Funding
4380 La Jolla Village Drive
San Diego, CA 92122


OnDeck
4700 West Daybreak Pkwy
Suite 200
South Jordan, UT 84009

Pawnee
3801 Automation Way, Suite 207
Fort Collins, CO 80525


Progressive
6300 Wilson Mills Rd
Cleveland, OH 44143


Sheffield Financial
P.O. Box 50229
Charlotte, NC 28258


Travelers Insurance Company
C T Corporation System
1133 Broadway
New York, NY 10010


US Small Business Administration
409 3rd Street SW
Washington, DC 20416


Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228


WEX Bank
P.O. Box 4337
Carol Stream, IL 60197

01/22/25 10:40 AM

# United States Bankruptcy Court
## Eastern District of Virginia, Richmond Division

In re   McClatchie Property Management, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   McClatchie Property Management, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 22, 2025

Date

/s/ Lynn L. Tavenner

Lynn L. Tavenner 30083
Signature of Attorney or Litigant
Counsel for   McClatchie Property Management, LLC
Tavenner & Beran, PLC
20 N 8th Street, 2nd Floor
Richmond, VA 23219
(804) 783-8300  Fax:
ltavenner@tb-lawfirm.com